UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JASON LEE SMITH,<br><br>            Defendant. | Case No. 19-261 PLM<br><br>DETENTION ORDER |

Offenses charged:

    Count 1:    Possession of Ammunition, Title 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: July 9, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's record reflects numerous bench warrants for failing to appear at court hearings.

2. The Government alleges that Defendant admitted to owning 30 firearms and four explosives.

3. Defendant has a history of noncompliance with supervision conditions.

DETENTION ORDER - 1

4. Defendant poses a risk of nonappearance due to a history of nonappearance. Defendant poses a risk of danger due to possession or ownership of firearms and explosives. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of July, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2