UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

JASON LEE SMITH

Case No. CR19-0180JLR

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

The court conducted a complete review of the Motion (Dkt. # 49). Factors considered included: Defendant's age – 43; Defendant's high blood pressure (hypertension); Defendant's asthma; Defendant's 2013 pneumothorax; Defendant's increasing obesity; the current COVID-19 status and operating restrictions at current and future BOP facilities associated with Defendant; Defendant's release plan including residence and employment; Defendant's sentence of 60 months imposed on February 6, 2020; Defendant's history of offenses involving firearms; and the 18 U.S.C. § 3553(a) factors. The court finds Defendant has not established extraordinary

//

//

//

and compelling reasons to support the Motion.  Therefore, the Motion (Dkt. # 49) is DENIED.

IT IS SO ORDERED.

Dated:  February 5th, 2021.

JAMES L. ROBART
United States District Judge
